WALSH, Respondent, v. CASEY, Appellant.

(264 N. W. 821.)

(File No. 7851. Opinion filed February 7, 1936.)

*John N. Weber,* of Watertown, for Appellant.

*J. G. McFarland,* of Watertown, for Respondent.

PER CURIAM. In the above-entitled action a certified copy of the notice of appeal and of the undertaking on appeal was filed with the clerk of this court on the 10th day of June, 1935. Since said date no brief or other paper of any kind has been filed herein, nor have any other steps in the prosecution of said appeal been taken. Therefore said appeal is deemed to have been abandoned, and the judgment and order appealed from are affirmed.

All Judges concurring.